IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOMINGO FLORES,                                              CV. 07-30-KI

        Petitioner,                                        ORDER

  v.

DON MILLS,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#10) is GRANTED. This proceeding is DISMISSED, without prejudice. IT IS FURTHER ORDERED that petitioner's request that he be given leave to reopen this proceeding, rather than file a new case, after exhausting his state remedies is DENIED.

    IT IS SO ORDERED.

    DATED this ___2nd___ day of April, 2007.

                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge

1 -- ORDER